# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0166. DELROY MCFARLANE v. JAMILA COLEMAN MCFARLANE.**

Delroy McFarlane filed a petition against his ex-wife, Jamila McFarlane, to modify the child support, custody, and visitation provisions of the parties' 2006 divorce decree. The trial court issued an order in which it reduced child support, ordered Delroy McFarlane to pay child support and medical expense arrearages, denied a change in custody, and reserved the right to award attorney fees. Delroy McFarlane filed this application for discretionary appeal of the trial court's order.

The issues in this case arise out of the child support and custody provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. Jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010). Because this matter involves child support modification, we lack jurisdiction over the application, which is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 12/18/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*